JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual,<br><br>           Plaintiffs,<br><br>  vs.<br><br>CITY OF TWENTYNINE PALMS, an incorporated California Municipality; and DOES 1 to 10, inclusive,<br><br>           Defendants. | Case No. 5:17-cv-01796-JGB-SPx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The above-captioned action is hereby dismissed with prejudice pursuant to the stipulation of the parties filed on December 15, 2017.

Dated: December 19, 2017

Hon. Jesus G. Bernal
United States District Judge